IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WAYNE PATTERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-PWG-1168-S |
| | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on February 28, 2011, recommending that the petition for writ of habeas corpus be denied. On March 11, 2011, petitioner's motion for extension of time was granted until March 31, 2011. On March 31, 2011, petitioner filed objections arguing that his failure to exhaust his claims should be excused due to ineffective assistance of appellate counsel. He further contends that counsel was biased against him. However, that assertion, as well as the claims presented in the petition, should have been raised in a Rule 32 petition. Ineffective assistance of appellate counsel does not constitute cause for the failure to file a Rule 32 petition.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and petitioner's objections, the court concludes that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the objections filed by petitioner are due to be OVERRULED and the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

DONE and ORDERED this 4th day of May, 2011.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE